UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
:
v. : CASE NO. 3:08CR240(PCD)
:
:
ROY SASTROM :

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE UNDER RULE 20

I, __Roy Sastrom__, defendant, have been informed that an __indictment__ (*indictment, information, complaint*) is pending against me in the above designated case. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __District of Massachusetts__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: *April 29*, 2009 at *Central Falls, R.I.*

*/s/ Roy Sastrom*
Roy Sastrom
Defendant

*/s/ Gary Weinberger*
Gary Weinberger, Esq.
Assistant Federal Defender, District of Connecticut
Counsel for the Defendant

Approved:

*/s/ Nora R. Dannehy*
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY
FOR THE
DISTRICT OF CONNECTICUT

*/s/ MKL  5/14/9*
MICHAEL K. LOUCKS
ACTING UNITED STATES ATTORNEY
FOR THE
DISTRICT OF MASSACHUSETTS