UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-08-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: |
| | : | VIOLATIONS: |
| v. | : | 18 U.S.C. § 876(c) (mailing threatening communications) |
| ROY SASTROM | : | 18 U.S.C. § 1038(a)(1) (false information and hoaxes) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 8, 2008, in the District of Connecticut, ROY SASTROM, the defendant herein, knowingly and willfully did cause to be delivered by the U.S. Postal Service to the "Clerks Office, U.S. Supreme Court, Washington, DC 20543," an envelope in which he had placed a substance and a letter bearing the words "Anthrax Die!," which together were addressed to another person or persons, namely the Clerk and other employees of the Clerk's Office of the United States Supreme Court, and which together threatened to injure the person of another.

In violation of Title 18, United States Code, Section 876(c).

### COUNT TWO

Beginning on or about August 8, 2008 and continuing until on or about August 18, 2008, in the District of Connecticut and elsewhere, the defendant, ROY SASTROM, did intentionally convey false and misleading information, by causing to be delivered by the U.S. Postal Service to the "Clerks Office, U.S. Supreme Court, Washington, DC 20543," an envelope in which he had placed a substance and a letter bearing the words "Anthrax Die!," under circumstances where such information may reasonably have been believed, and which indicated that an activity had taken and

was taking place that would constitute a violation of 18 U.S.C. § 175 (regarding unlawful transfer or possession of a biological weapon) and 18 U.S.C. § 2332a (regarding using, threatening or attempting to use a weapon of mass destruction)

In violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT THREE

On or about September 15, 2008, in the District of Connecticut, ROY SASTROM, the defendant herein, knowingly and willfully did cause to be delivered by the U.S. Postal Service to the "Dept. of Veterans Affairs, 810 Vermont Ave, NW, Washington, DC 20420," an envelope in which he had placed a substance and a letter bearing the words "Anthrax Die!," which together were addressed to another person or persons, namely employees of the Department of Veteran's Affairs at 810 Vermont Ave, NW, Washington, DC, and which together threatened to injure the person of another.

In violation of Title 18, United States Code, Section 876(c).

### COUNT FOUR

Beginning on or about September 15, 2008 and continuing until on or about September 25, 2008, in the District of Connecticut and elsewhere, the defendant, ROY SASTROM, did intentionally convey false and misleading information, by causing to be delivered by the U.S. Postal Service to the "Dept. of Veterans Affairs, 810 Vermont Ave, NW, Washington, DC 20420," an envelope in which he had placed a substance and a letter bearing the words "Anthrax Die!," under circumstances where such information may reasonably have been believed, and which indicated that an activity had taken and was taking place that would constitute a violation of 18 U.S.C. § 175 (regarding unlawful transfer or possession of a biological weapon) and 18 U.S.C. § 2332a (regarding using, threatening or attempting to use a weapon of mass destruction).

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

_____
PETER S. JONGBLOED
CHIEF, CRIMINAL DIVISION

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY

_____
PAUL H. McCONNELL
ASSISTANT UNITED STATES ATTORNEY

3