CLOSED, EFILE

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:08-cr-00240-PCD-1

Case title: USA v. Sastrom

Date Filed: 11/19/2008
Date Terminated: 05/15/2009

Assigned to: Judge Peter C. Dorsey

**Defendant (1)**

**Roy Sastrom**
*TERMINATED: 05/15/2009*

represented by **Gary D. Weinberger**
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford , CT 06106
860-493-6260
Fax: 860-493-6269
Email: Gary_Weinberger@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| MAILING THREATENING COMMUNICATIONS; Mailing Threatening Communications (1) | Rule 20 to District of MA |
| FALSE INFORMATION AND HOAXES (2) | Rule 20 to District of MA |
| MAILING THREATENING COMMUNICATIONS; Mailing threatening communications (3) | Rule 20 to District of MA |
| FALSE INFORMATION AND HOAXES (4) | Rule 20 to District of MA |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Nora R. Dannehy**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford , CT 06103
860-947-1101
Fax: 860-240-3291
Email: Nora.Dannehy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul H. McConnell**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven , CT 06510
203-821-3700
Fax: 203-773-5376
Email: Paul.mcconnell2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter S. Jongbloed**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven , CT 06510
203-821-3746
Fax: 203-773-5378
Email: Peter.Jongbloed@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Benjamin Reynolds**
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport , CT 06604
203-696-3000
Fax: 203-579-5575
Email: Stephen.Reynolds@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2008 | 1 | INDICTMENT returned before Judge Joan G. Margolis. Returned before grand jury number GJ N-08-03 Detainer to issue, as to Roy Sastrom (1) count(s) 1, 2, 3, 4. (Brown, S.) (Brown, S.). (S-Brown, S.). (Entered: 11/21/2008) |
| 11/19/2008 | 2 | ELECTRONIC FILING ORDER as to Roy Sastrom - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Peter C. Dorsey on 11/19/08. (Brown, S.) (Entered: 11/21/2008) |
| 12/02/2008 | 3 | Oral Motion for Court to Enter Not Guilty Plea by Roy Sastrom. (Brown, S.) (Entered: 12/04/2008) |
| 12/02/2008 | | Arrest of Roy Sastrom (Brown, S.) (Entered: 12/04/2008) |
| 12/02/2008 | 4 | Minute Entry for proceedings held before Judge Joan G. Margolis: granting 3 Oral Motion for Court to Enter Not Guilty Plea as to Roy Sastrom (1); Arraignment as to Roy Sastrom (1) Count 1,2,3,4 held on 12/2/2008; Initial Appearance as to Roy Sastrom held on 12/2/2008; Added attorney Gary D. Weinberger for Roy Sastrom. ; Plea entered by Court for Roy Sastrom (1) Count 1,2,3,4. Not Guilty as Counts 1-4; Jury Selection set for 2/5/2009 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey). Defendant detained Time 10 minutes(Tape.) (Brown, S.) (Entered: 12/04/2008) |
| 12/02/2008 | 5 | CJA 23 Financial Affidavit by Roy Sastrom (Brown, S.) (Entered: 12/04/2008) |
| 12/02/2008 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Roy Sastrom Gary D. Weinberger for Roy Sastrom appointed. Signed by Judge Joan G. Margolis on 12/2/08. (Brown, S.) (Entered: 12/04/2008) |
| 12/02/2008 | 7 | MOTION for Pretrial Detention by USA as to Roy Sastrom. (Brown, S.) (Entered: 12/04/2008) |
| 12/02/2008 | 8 | ORDER granting 7 Motion for Pretrial Detention as to Roy Sastrom (1). Signed by Judge Joan G. Margolis on 12/2/08. (Brown, S.) (Entered: 12/04/2008) |
| 12/02/2008 | 9 | SCHEDULING ORDER as to Roy Sastrom Substantive Motions due 12/23/08 Government Response due 1/16/09 Jury Selection set for 2/5/2009 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. Signed by Judge Joan G. Margolis on 12/2/08. (Brown, S.) (Entered: 12/04/2008) |
| 12/03/2008 | 10 | ORDER OF DETENTION as to Roy Sastrom. Signed by Judge Joan G. Margolis on 12/3/08. (Rodko, B.) (Entered: 12/05/2008) |
| 12/04/2008 | | Docket Entry Correction as to Roy Sastrom re 1 Indictment; Substituted pdf's (Brown, S.) (Entered: 12/04/2008) |
| 12/11/2008 | | Docket Entry Correction as to Roy Sastrom re 1 Indictment;substituted pdf's (Brown, S.) (Entered: 12/11/2008) |
| 01/16/2009 | 11 | MOTION to Continue *Unopposed Motion To Postpone Trial* by Roy Sastrom. (Weinberger, Gary) (Entered: 01/16/2009) |
| 01/20/2009 | 12 | ELECTRONIC ORDER granting 11 Motion to Continue Unopposed Motion To Postpone Trial as to Roy Sastrom (1). Counsel shall provide Court with a copy of the |

| | | |
|---|---|---|
| | | psychiatric report when received. Signed by Judge Peter C. Dorsey on 1/20/09. (Villano, P.) (Entered: 01/20/2009) |
| 01/20/2009 | 13 | ELECTRONIC ORDER TO CONTINUE - Ends of Justice as to Roy Sastrom Time excluded from 2/5/09 until 4/2/09. Defendant's Motion to Continue Jury Selection [Doc. No.11] having been granted, the Court finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. Signed by Judge Peter C. Dorsey on 1/20/09. (Villano, P.) (Entered: 01/20/2009) |
| 01/27/2009 | 14 | WAIVER of Speedy Trial by Roy Sastrom (Weinberger, Gary) (Entered: 01/27/2009) |
| 01/27/2009 | 15 | ATTORNEY APPEARANCE Stephen Benjamin Reynolds appearing for USA *as of the date of the indictment on November 19, 2008* (Reynolds, Stephen) (Entered: 01/27/2009) |
| 01/29/2009 | 16 | ELECTRONIC ORDER TO CONTINUE - Ends of Justice as to Roy Sastrom re 14 Waiver of Speedy Trial Time excluded from 2/5/09 until 4/2/09. Signed by Judge Peter C. Dorsey on 1/29/09. (Villano, P.) (Entered: 01/29/2009) |
| 03/05/2009 | 17 | NOTICE OF E-FILED JURY SELECTION CALENDAR as to Roy Sastrom: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 4/2/2009 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey (Villano, P.) (Entered: 03/05/2009) |
| 03/26/2009 | 18 | Second MOTION to Continue *Unopposed Motion To Postpone Trial* by Roy Sastrom. (Weinberger, Gary) (Entered: 03/26/2009) |
| 03/27/2009 | 19 | ELECTRONIC ORDER granting 18 Second Motion to Continue Unopposed Motion To Postpone Trial as to Roy Sastrom (1). Indefinite continuance is granted subject to counsel's report of the status of defendant's evaluation on or before May 1, 2009. Signed by Judge Peter C. Dorsey on 3/27/09. (Villano, P.) (Entered: 03/27/2009) |
| 03/27/2009 | 20 | ELECTRONIC ORDER TO CONTINUE - Ends of Justice as to Roy Sastrom Time excluded from 4/2/09 until 5/7/09. The Defendant's motion to continue jury selection [Doc. No. 18] having been granted, the Court finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.. Signed by Judge Peter C. Dorsey on 3/27/09. (Villano, P.) (Entered: 03/27/2009) |
| 05/11/2009 | 21 | PLEA AGREEMENT *to be transferred to D.MA.* as to Roy Sastrom (McConnell, Paul) (Entered: 05/11/2009) |
| 05/13/2009 | | Terminate Hearing for Jury Selection as to Roy Sastrom: (Villano, P.) (Entered: 05/13/2009) |
| 05/15/2009 | 22 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of MA Counts closed as to Roy Sastrom (1) Count 1,2,3,4. (S-Inferrera, L.) (Entered: 05/22/2009) |
| 05/27/2009 | 23 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Massachusetts Counts closed as to Roy Sastrom (1) Count 1,2,3,4. (Villano, P.) (Entered: 05/27/2009) |
| 05/27/2009 | 24 | ATTORNEY APPEARANCE: Gary D. Weinberger appearing for Roy Sastrom (Weinberger, Gary) (Entered: 05/27/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/02/2009 16:42:23 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cr-00240-PCD |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |