UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  09-10168-EFH |
| | ) | |
| **ROY SASTROM** | ) | |

## DISMISSAL OF COUNTS ONE AND THREE OF THE INDICTMENT

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Michael K. Loucks, hereby seeks leave of court to dismiss Counts 1 and 3 of the Indictment, which charge Roy Sastrom with mailing threatening communications, in violation of 18 U.S.C. §876(c). The government and the Defendant entered into a written plea agreement in which the government agreed to dismiss Counts 1 and 3 of the Indictment after Defendant pled guilty to and was sentenced on Counts 2 and 4.  Defendant pled guilty on June 3, 2009, and on October 1, 2009, defendant was sentenced on Counts 2 and 4.  Accordingly, the government is now moving to dismiss Counts 1 and 3.  The dismissal is in the interest of justice.

Respectfully submitted,

MICHAEL K. LOUCKS
United States Attorney

By:

*/s/ Leah B. Foley*
LEAH B. FOLEY
Assistant U.S. Attorney

Leave to File Granted:

_____
The Honorable Edward F. Harrington
Senior United States District Court Judge