

# Memorandum

**To:** Honorable Judge Assigned, U.S. District Judge
**From:** Justin Prophet, Senior U.S. Probation Officer
**Date:** September 8, 2022
**Re:** Roy Sastrom; Dkts. 1:08-CR-10314-001-EFH; 1:09-cr-10168-EFH-1; Request for a Status Conference

Your Honor, the purpose of this Memorandum is to request a remote Status Conference at the Court's earliest convenience (prior to Mr. Sastrom's scheduled release on 9/27/22). As a matter of background, Mr. Sastrom is due to release from his custodial sentence on 9/27/22. He is currently held at USP Tucson. Notably, he has an active civil commitment order with the Psychiatric Security Review Board (PSRB) in Connecticut. Based on discussions with staff from the PSRB, they lack the authority to collect Mr. Sastrom from BOP custody and bring him to Connecticut to serve his civil commitment. Staff have reported that Mr. Sastrom must report to their psychiatric hospital to begin serving his civil commitment. BOP and USMS staff have reported that their policies prevent them from transporting Mr. Sastrom to the PSRB facility in Connecticut. Probation staff have asked Mr. Sastrom's attorney for the civil commitment matter if Mr. Sastrom would agree to a modification of conditions which would require Mr. Sastrom to report directly to the Whiting Forensic Hospital (PSRB facility) upon his release to serve his civil commitment. Said attorney indicated that Mr. Sastrom would not agree to this modification. Thus, probation staff request a Status Conference, at which time, probation staff will request that Your Honor impose the following modification: "Upon your release from federal custody, you will report directly to the Whiting Forensic Hospital (Connecticut) and self-surrender for your civil commitment. You will notify probation staff from the District of Massachusetts upon your arrival and admittance to the facility. While at the facility, you must obey all rules of the program." If Your Honor has any questions or concerns, please contact this officer directly at 617.571.7509 or justin_prophet@map.uscourts.gov. If Your Honor agrees to schedule a Status Conference, please make that indication in the corresponding space below.

**Reviewed & Approved By:**
*/s/ Christopher Foster*
Christopher Foster
Supervisory U.S. Probation Officer

**The Court Orders:**

☒ Request Approved: Remote Status Conference to be scheduled

_____
Honorable Judge Assigned
Senior U.S. District Judge
Date: 9/8/22