UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROY SASTROM, ) <br> ) <br> Defendant. ) | Criminal Action <br> No. 09-10168-PBS |

**ORDER**

September 22, 2022

Saris, D.J.

    Upon your release from Bureau of Prisons' custody, you must report directly to the Whiting Forensic Hospital (Connecticut), in accordance with your order of commitment to the Psychiatric Security Review Board. Your term of supervised release is to run concurrently to your commitment. If upon discharge from your Psychiatric Security Review Board commitment, your supervised release has not yet concluded, you must report to U.S. Probation within 72 hours.

SO ORDERED.

                                                      /s/ Patti B. Saris
                                        Hon. Patti B. Saris
                                        United States District Judge