UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.  09-cr-10168-PBS |
| | ) | |
| | ) | |
| ROY SASTROM | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Roy Sastrom, appeals to the United States Court of Appeals for the First Circuit from the District Court's Order of September 22, 2022.

        Respectfully submitted,
        ROY SASTROM,
        By His Attorney,

        */s/ Jane F. Peachy*
        Jane F. Peachy, B.B.O.#661394
        Federal Public Defender Office
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Jane F. Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on October 4, 2022.

        */s/ Jane F. Peachy*
        Jane F. Peachy