# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Roy Sastrom

District Court Number: 09cr10168-PBS

Fee: Paid? Yes ____ No ____  Government filer ____  *In Forma Pauperis* Yes __X__  No ____

Motions Pending   Yes ____ No __X__       Sealed documents   Yes ____ No __X__
If yes, document #  _____            If yes, document #  _____

*Ex parte* documents   Yes ____ No __X__   Transcripts   Yes ____ No __X__
If yes, document #  _____             If yes, document #  _____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:
#14 Order Upon Release

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#14 and #15

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __15__ filed on __October 4, 2022__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __October 4, 2022__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**