| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 09-10168 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Roy Sastrom Connecticut | DISTRICT Massachusetts | DIVISION | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Edward F. Harrington | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/27/2022 | TO 09/29/2025 |

OFFENSE
18:1038 False Information and Hoaxes

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Massachusetts__

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Connecticut__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__11/9/22__                                              __/s/ Patti B. Saris__
*Date*                                                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Connecticut__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__December 6, 2022__                                __/s/ Michael P. Shea, Chief Judge__
*Effective Date*                                          *United States District Judge*